| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | VERNON H. GRANNEMAN  #83532 |
| 2 | DIANNE L. SWEENEY  #187198 |
| | JULIA S. FERGUSON  #216102 |
| 3 | 2475 Hanover Street |
| | Palo Alto, CA  94304-1114 |
| 4 | Telephone: (650) 233-4500 |
| | Facsimile: (650) 233-4545 |

\*\*E-filed 7/27/05\*\*

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | No. C02-01862 JF |
| Plaintiff, | STIPULATION AND ORDER TO RESET CIVIL CASE MANAGEMENT CONFERENCES IN RELATED MATTERS |
| vs. | |
| ROBERT S. GORDON, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. C 02-2130 JF |
| Plaintiff, | |
| vs. | |
| REAL PROPERTY AT | |
| 1) 7900 BALD EAGLE DRIVE, PARK CITY, UTAH; AND | |
| 2) 7871 REDTAIL COURT, PARK CITY, UTAH, | |
| Defendant. | |

60415483v1 — - 1 - — STIPULATION AND ORDER TO RESET CIVIL CASE MANAGEMENT CONFERENCES IN RELATED MATTERS

1    It is hereby stipulated by and between the parties to the foregoing two above-captioned
2    matters ("Related Matters"), through their respective counsel as follows:

3    1)    All parties to the above cases are generally awaiting resolution of the appeal of this
4    Court's criminal restitution order against Robert S. Gordon, *United States of America v. Robert S.*
5    *Gordon*, case number CR 01 2007 JF, before proceeding with the issues in the Related Matters.

6    2)    The criminal restitution hearing was completed on May 27, 2003 and Gordon filed
7    a notice of appeal shortly thereafter. Gordon's appeal was briefed before the United States Court
8    of Appeals for the Ninth Circuit, Case No. 03-10322, and was argued and submitted on July 15,
9    2004 at San Francisco, California. The Ninth Circuit filed its Opinion on December 30, 2004,
10   affirming in part and reversing in part the Amended Judgment of the District Court and
11   remanding the case for further proceedings consistent with the Opinion.

12   3)    Following publication of the Ninth Circuit's Opinion, Gordon filed a Motion to
13   Extend time to File a Petition for Rehearing En Banc until February 3, 2005. That motion was
14   granted and on February 3, 2005, Appellant Gordon filed his Petition for Rehearing and
15   Rehearing En Banc. That petition was denied on March 2, 2005. Gordon has filed a Petition for
16   Certiorari with the United States Supreme Court and has agreed to extend the Government's time
17   to respond to that Petition until August 8, 2005.

18   4)    Since the finality of the criminal restitution judgment will likely modify the scope
19   of the civil litigation, all parties request that the Court continue the Case Management
20   Conferences in the Related Matters, currently set for July 29, 2005 at 10:30 a.m. to the next
21   convenient date for the Court.

Dated: July 26, 2005.

PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN
DIANNE L. SWEENEY
JULIA S. FERGUSON
2475 Hanover Street
Palo Alto, CA  94304-1114

By _____/s/_____
VERNON H. GRANNEMAN
Attorneys for Plaintiff
CISCO SYSTEMS, INC.
C 02-01862 JF

60415483v1                           - 2 -     STIPULATION AND ORDER TO RESET CIVIL CASE
                                                MANAGEMENT CONFERENCES IN RELATED
                                                MATTERS

1  Dated: July 26, 2005.           PAUL SIGELMAN
                                    433 N. Camden, Suite 970
2                                   Beverly Hills, CA  90210

3

4
                                    By _____/s/_____
5                                          PAUL SIGELMAN
                                           Attorney for Defendant
6                                          ROBERT S. GORDON
                                           C 02-01862 JF
7

8  Dated: July 26, 2005.           KEVIN V. RYAN
                                    STEPHANIE HINDS
9                                   450 Golden Gate Avenue
                                    Box 36055
10                                  San Francisco, CA  94102

11

12
                                    By _____/s/_____
13                                         STEPHANIE HINDS
                                           Attorneys for
14                                         UNITED STATES OF AMERICA
                                           C 02-2130 JF
15

16 I attest under penalty of perjury that concurrence in the filing of this document has been obtained

17 from Paul Sigelman and Stephanie Hinds.

18 Dated: July 26, 2005           By _____/s/_____
                                         Vernon H. Granneman
19                                       Attorneys for Plaintiff
                                         CISCO SYSTEMS, INC.
20

21

22                                   **ORDER**

23     IT IS HEREBY ORDERED that the Case Management Conferences in the above

24 captioned matters are set for ____11/18/05____ at 10:30 a.m.

25

26 Dated: ____7/27/05____                  /s/electronic signature authorized
                                           The Honorable Jeremy Fogel
27                                         United States District Judge

28

60415483v1                          - 3 -    STIPULATION AND ORDER TO RESET CIVIL CASE
                                             MANAGEMENT CONFERENCES IN RELATED
                                             MATTERS